UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SACHA JACQ                          )
                                    )
                                    )
            Plaintiff,              )
      v.                            )        CIVIL ACTION
                                    )        NO. 19-11341-JGD
KATHY A. BARAN, ET AL               )
                                    )
            Defendants.             )

## <u>ORDER LIFTING STAY</u>

This Court entered an order on July 10, 2020, affirming the stay of proceedings and

schedule of July 8, 2020.  (Docket No. 33).  On June 14, 2022, the parties filed a Joint Status

Report notifying the court of their request to restore this matter to the Court's active docket, as

well as a proposed schedule on the remaining issues.  (Docket No. 40).  The parties' Joint Status

Report is ALLOWED, and the above action is to be returned to the court's active docket.  The

court adopts the following deadlines proposed by the parties in their Joint Status Report:

> (a) The defendants will file the Certified Administrative Record ("CAR") within
> **fourteen (14) days** after the Court returns this case to its active docket.

> (b) The plaintiff will file her motion for summary judgment **thirty (30) days** after
> the CAR is filed.

> (c) The defendants' cross motions for summary judgment and opposition shall
> be due **thirty (30) days** thereafter.

> (d) The plaintiff may file a reply brief **fifteen (15) days** thereafter and the
> defendants may file a sur-reply brief **fifteen (15) days** after the plaintiff's
> reply.

/ s / Judith Gail Dein
_____
Judith Gail Dein
United States Magistrate Judge

DATED:  June 16, 2022